# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0110.  FREDDIE LEE HOUSTON v. THE STATE.**

Freddie Lee Houston was convicted of armed robbery, and his conviction was affirmed on appeal in 2000.  See *Houston v. State*, 242 Ga. App. 300 (529 SE2d 431) (2000).  In December 2011, he filed an extraordinary motion for new trial.  After the trial court denied his motion, Houston filed this appeal.

To appeal from an order denying an extraordinary motion for new trial, a party must file an application for discretionary appeal.  See OCGA §  5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Because Houston failed to comply with the discretionary appeal procedure, this Court lacks jurisdiction to consider the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/24/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*